UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| North Dakota Human Rights Coalition, Immigrant Development Center, and Plaintiff Doe, <br><br> Plaintiff(s) <br><br> vs. <br><br> Patriot Front, Thomas Rousseau, Trevor Valescu, and John Does 1-10. <br><br> Defendant(s). | **CONSENT/REASSIGNMENT FORM** <br><br><br> Case No.  3:23-cv-00160-ARS |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** [ ]     **Reassignment** [X]

|  | North Dakota Human Rights Coalition, Immigrant Development Center, and Plaintiff Doe, |
|---|---|
| Party(ies) Represented | Party(ies) Represented |
| /s/ | /s/  Timothy Q. Purdon |
| Attorney Signature | Attorney Signature |
|  | September 5, 2023 |
| Date | Date |

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below. Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov