# EXHIBIT 1

To Named Defendants:
    PATRIOT FRONT; THOMAS ROUSSEAU; and TREVOR VALESCU

IN THE UNITED STATES DISTRICT COURT FOR NORTH DAKOTA, *North Dakota Human Rights Coalition, et al. v. Patriot Front, et al.*, Case No. 3:23-cv-00160-PDW-ARS, Judge Peter D. Welte issued an order for service by publication on DATE.  It was ordered that notice of the above-captioned action should be published in a newspaper published in Cass County, North Dakota once a week for three weeks.

Notice is hereby served on Defendants listed above.  Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for North Dakota, 655 1st Ave. North, #130, Fargo, ND 58102-4932, an Answer to the Complaint within twenty-one (21) days after service of the summons, exclusive of the day of service.  If Defendants fail to do so, judgment by default may be taken against the Defendants for the relief demanded in the Complaint.  The Complaint was filed for violations of 42 U.S.C. § 1981, 1985(3), and 1986; as well as the torts of conversion, trespass, trespass to chattel, and civil conspiracy under North Dakota state law.