IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| NORTH DAKOTA HUMAN RIGHTS COALITION, IMMIGRANT DEVELOPMENT CENTER, and PLAINTIFF DOE<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOT FRONT, THOMAS ROUSSEAU, TREVOR VALESCU, and JOHN DOES 1 – 10<br><br>Defendants. | Civil Action No. 3:23-cv-00160-PDW-ARS |

## APPEARANCE OF COUNSEL

To: The Clerk of the Court and all parties of record

I am admitted or otherwise authorized to practice in this Court and I appear in this case as counsel for Thomas Rousseau and Trevor Valescu.

Date:  January 26, 2024

    Respectfully submitted,

    **Magana & Van Dyke, PLLC**

    /s/ Jason Lee Van Dyke
    Jason Lee Van Dyke
    State Bar No. 24057426
    1417 E. McKinney Street, #110
    Denton, TX 76209
    P – (940) 382-1976
    F – (469) 453-3031
    Email:  jason@maganavandyke.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2024, a true and accurate copy of the foregoing were served via ECF procedures of this Court to all counsel of record.

/s/ Jason Lee Van Dyke
JASON LEE VAN DYKE