IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| NORTH DAKOTA HUMAN RIGHTS COALITION, IMMIGRANT DEVELOPMENT CENTER, and PLAINTIFF DOE,<br><br>        Plaintiffs,<br>v.<br><br>PATRIOT FRONT, THOMAS ROUSSEAU, TREVOR VALESCU, and JOHN DOES 1-10,<br><br>        Defendants. | Case No.: Case 3:23-cv-00160-ARS |

## WAIVER OF THE SERVICE OF SUMMONS

To:    Timothy Purdon, Counsel for Plaintiffs

      On behalf of Defendants Thomas Rousseau and Trevor Valescu, I acknowledge receipt via email of a copy of the complaint and two copies of this waiver form. I will return a signed copy of this waiver form to you via email.

      Defendants Rousseau and Valescu agree to save the expense of serving a summons and complaint in this case.

      I understand that Defendants Rousseau and Valescu will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that they waive any objections to the absence of a summons or of service.

      I also understand that Defendants Rousseau and Valescu must file and serve an answer or a motion under Rule 12 by February 20, 2024. If they fail to do so, a default judgment will be entered against them.

Date: January 30, 2024

By: *[signature]*

Jason Van Dyke
Counsel for Defendants Thomas Rousseau and Trevor Valescu
Magana & Van Dyke, PLLC
1417 E. McKinney Street, Suite 110
Denton, TX 76209
(940) 382-1976
jason@maganavandyke.com

1