# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| NORTH DAKOTA HUMAN RIGHTS COALITION, IMMIGRANT DEVELOPMENT CENTER, and PLAINTIFF DOE<br><br>  Plaintiffs,<br>v.<br><br>PATRIOT FRONT, THOMAS ROUSSEAU, TREVOR VALESCU, and JOHN DOES 1 – 10<br><br>  Defendants. | Civil Action No. 3:23-cv-00160-PDW-ARS |

## MOTION TO DISMISS ON BEHALF OF DEFENDANTS ROUSSEAU AND VALESCU

Defendants Thomas Rousseau and Trevor Valescu, by and through the undersigned counsel, move to dismiss the Plaintiffs' Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds and for the reasons fully set forth in the memorandum filed with this motion.

Respectfully submitted,

**MAGANA & VAN DYKE, PLLC**

/s/ Jason Lee Van Dyke
Jason Lee Van Dyke
State Bar No. 24057426
1417 E. McKinney Street, #110
Denton, TX 76209
P – (940) 382-1976
F – (469) 453-3031
Email:  jason@marsalalawgroup.com
**Attorney for Thomas Rousseau and Trevor Valescu**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2024, a true and accurate copy of the foregoing were served via ECF procedures of this Court to all counsel of record.

/s/ Jason Lee Van Dyke
JASON LEE VAN DYKE