IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| **NORTH DAKOTA HUMAN RIGHTS COALITION, IMMIGRANT DEVELOPMENT CENTER, and PLAINTIFF DOE,**<br><br>        Plaintiffs,<br>  v.<br><br>**PATRIOT FRONT, THOMAS ROUSSEAU, TREVOR VALESCU, and JOHN DOES 1-10,**<br><br>        Defendants. | Case No.: Case 3:23-cv-00160-PDW-ARS |

**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE
STATEMENT OF RECENT DECISION**

Pursuant to Civil Local Rule 7.1(C), Plaintiffs respectfully submit this Administrative Motion for Leave to File Statement of Recent Decision regarding the United States District Court for the Eastern District of Virginia's recent decision in *Sealed Plaintiff v. Patriot Front*, Case No. 3:22-cv-00670-MHL (E.D. Va. Mar. 31, 2024), which denies the individual defendants' motion to dismiss the complaint alleging violations of 42 U.S.C. §§ 1985(3) and 1986 based on racially motivated vandalism of a mural depicting a Black athlete. The Statement of Recent Decision is attached as Exhibit 1.

Under Civil L.R. 7.1(C), Plaintiffs must seek the Court's approval to make additional filings in support of their Opposition to Defendants Thomas Rousseau and Trevor Valescu's Motion to Dismiss.  (*See* ECF No. 24 (the "Opposition").)  But the legal authority that Plaintiffs wish to raise was not established at the time Plaintiffs filed their Opposition—the order was issued thirty days later—and it is relevant to the pending issues raised in Plaintiffs' Opposition.

Plaintiffs here refrain from providing a detailed explanation regarding the relevance of the cited authority to the pending Motion to Dismiss. If the Court wishes, however, Plaintiffs will furnish a concise, summary explanation of its relevance.

Dated this 15th day of April, 2024.

By: */s/ Timothy Q. Purdon*
Timothy Q. Purdon (ND Bar No. 05392)
ROBINS KAPLAN LLP
1207 West Divide Avenue, Suite 200
Bismarck, ND 58501
Telephone: (701) 255-3000
Facsimile: (612) 349-8767
tpurdon@robinskaplan.com

Christine Wong (CA Bar No. 284026)
William Frentzen (CA Bar No. 343918)
Christina Dierolf (CA Bar No. 335258)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
christinewong@mofo.com
wfrentzen@mofo.com
cdierolf@mofo.com

Arthur Ago (DC Bar No. 463681)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
aago@lawyerscommittee.org

***Attorneys for Plaintiffs***