UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| **NORTH DAKOTA HUMAN RIGHTS COALITION, IMMIGRANT DEVELOPMENT CENTER, and PLAINTIFF DOE,**<br><br>          Plaintiffs,<br><br>   v.<br><br>**PATRIOT FRONT, THOMAS ROUSSEAU, TREVOR VALESCU, and JOHN DOES 1-10,**<br><br>          Defendants. | Case No.: 3:23-cv-00160-PDW-ARS |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Arthur Ago respectfully moves this Court for leave to withdraw as counsel for Plaintiffs. As of 5:00 PM on May 3, 2024, Mr. Ago will no longer be employed with the Lawyers' Committee for Civil Rights Under Law. Counsel from the Lawyers' Committee for Civil Rights Under Law; Morrison & Foerster LLP; and Robins Kaplan LLP will continue to represent Plaintiffs in this matter.

Dated: May 2, 2024

Respectfully submitted,

  /s/ Arthur Ago
Arthur Ago
D.C. Bar No. 463681
Lawyers' Committee for
Civil Rights Under Law
1500 K Street NW Suite 900
Washington, D.C. 20005
(202) 662-8352
aago@lawyerscommittee.org

## CERTIFICATE OF SERVICE

I hereby certify that, on May 2, 2024, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of North Dakota using the CM/ECF system. Counsel for all parties who have appeared in the case are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Arthur Ago*
Arthur Ago
D.C. Bar No. 463681
Lawyers' Committee for
Civil Rights Under Law
1500 K Street NW Suite 900
Washington, D.C. 20005
(202) 662-8352
aago@lawyerscommittee.org