**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

|  |  |
|---|---|
| **NORTH DAKOTA HUMAN RIGHTS COALITION, IMMIGRANT DEVELOPMENT CENTER, and PLAINTIFF DOE,**<br><br>Plaintiffs,<br><br>v.<br><br>**PATRIOT FRONT, THOMAS ROUSSEAU, TREVOR VALESCU, and JOHN DOES 1-10,**<br><br>Defendants. | Case No.: 3:23-cv-00160-PDW-ARS |

**APPEARANCE OF COUNSEL**

To the Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs North Dakota Human Rights Coalition, Immigrant Development Center, and Plaintiff Doe.

Dated: June 26, 2024

Respectfully submitted,

_/s/ Anisa Sirur_
Anisa Sirur
CA Bar No. 315771
Lawyers' Committee for
Civil Rights Under Law
1500 K Street NW Suite 900
Washington, D.C. 20005
(202) 662-8306
asirur@lawyerscommittee.org

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on June 26, 2024, I electronically filed the foregoing with the

Clerk of Court for the United States District Court for the District of North Dakota using the

CM/ECF system. Counsel for all parties who have appeared in the case are registered CM/ECF

users and will be served by the CM/ECF system.

*/s/ Anisa Sirur*

Anisa Sirur
CA Bar No. 315771
Lawyers' Committee for
Civil Rights Under Law
1500 K Street NW Suite 900
Washington, D.C. 20005
(202) 662-8306
asirur@lawyerscommittee.org
