

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SUITE 130
655 1ST AVENUE NORTH
FARGO, NORTH DAKOTA 58102-4932

OFFICIAL BUSINESS

Eugene Volokh
UCLA School of Law
385 Charles E. Young Drive East
Los Angeles, CA 90095

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

RETURN TO SENDER