UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

North Dakota Human Rights Coalition, et. al

v.                                              Case No:  3:23-cv-160

Patriot Front et. al

**CLERK'S MINUTES**
Proceeding:  Mid-Discovery Status Conference
(via telephone)

Presiding Judge: U.S. Magistrate Judge Alice R. Senechal        Date:  December 6, 2024
Deputy Clerk: Sarah Lien                                        Time:  10:02 am
Law Clerk: Claire Thompson                                      Recess: 10:16 am
Digital Recorder: 241206-000.mp3 (JS Chambers Recorder)

**Counsel for Plaintiffs**:  **Timothy Purdon, William Frentzen, Anisa Sirur**, **Katie Molyneux, Tyler Jensen**
**Counsel for Defendant** Thomas Rousseau and Trevor Valescu:  **Jason Van Dyke**
**Unrepresented Defendant** Patriot Front and John Does 1-10: **Not Present**

---

Court calls case and counsel enter appearances.

Attorney Purdon explains first round of discovery has been exchanged and parties will meet and confer next week.  Attorney Purdon proposes new deadlines to push discovery deadlines out about 2 months and to have the Motion to Amend Pleadings and Motion to Join Additional Parties to a date after the close of discovery.
Attorney Van Dyke agrees.

Discovery deadline to be set for March 31, 2025.
Discovery Motions deadline to be set for April 15, 2025.
Expert witness deadlines to be set for April 21, 2025.
Amended Pleadings and Join Additional Parties deadlines to be set for April 30, 2025.
Rebuttal Expert Witness Disclosure deadlines to be set for May 3, 2025.
Discovery Depositions of Experts deadline to be set for May 18, 2025.
Dispositive Motions deadline to be set for June 1, 2025.

Settlement Conference to remain as set for January 14, 2025.
Trial dates will remain as set at this time.

Order to be entered.

Recess.