# CLERK'S MINUTES - SETTLEMENT CONFERENCE

**CASE TITLE:** North Dakota Human Rights Coalition et al v. Patriot Front et al.

**CASE NO:** 3:23-cv-160

**BEFORE:** Magistrate Judge Alice R. Senechal

**LOCATION:** Fargo

**DATE:** February 7, 2025

**TIME:** 9:30 AM

**RECESS:** 1:30 p.m.

---

_✓_ CASE SETTLED

____ CASE DID NOT SETTLE

____ ANY FOLLOW UP?