# SETTLEMENT CONFERENCE ATTENDANCE SHEET

CASE TITLE:     North Dakota Human Rights Coalition et al v. Patriot Front et al.

CASE NO:        3:23-cv-160

BEFORE:         Magistrate Judge Alice R. Senechal

LOCATION:       Fargo

DATE/TIME:      February 7, 2025 at 9:30 AM

---

Please Print

| Name | Party Affiliation/Title |
|---|---|
| Jason Van Dyke | Defendants/Attorney |
| Trevor Michael Valescu | Defendant |
| Thomas Rousseau | Defendant |
| William Frentzen | Plaintiffs |
| Christina Dierolf | Plaintiffs |
| Martin Avery | Plaintiffs NDHRC-Chairperson |
| Tim Purdon | Plaintiff |
| Anisa Sirur | Plaintiffs |
| Tyler Jansen | Plaintiff |
| Plaintiff Doe | Plaintiff |
| Barry Nelson | Plaintiffs (NDHRC) |