IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| North Dakota Human Rights Coalition, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Patriot Front, et al., <br><br> Defendants. | **ORDER ADOPTING STIPULATION OF DISMISSAL** <br><br> Case No. 3:23-cv-160 |

Plaintiffs North Dakota Human Rights Coalition, Immigrant Development Center, and Plaintiff Doe and Defendants Thomas Rousseau and Trevor Valescu filed a stipulation of dismissal. Doc. 62. The Court **ADOPTS** the stipulation in its entirety (Doc. 62) and **ORDERS** Thomas Rousseau and Trevor Valescu dismissed as Defendants from this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any party.[1]

**IT IS SO ORDERED**.

Dated this 18th day of February, 2025.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court

---

[1] The parties' request the Court retain jurisdiction to enforce their settlement agreement. But the settlement agreement is not a part of the record and courts do not approve settlement agreements absent special circumstances. See Gardiner v. A.H. Robins Co., 747 F.2d 1180, 1189 (8th Cir. 1984) ("Courts not only frown on interference by trial judges in parties' settlement negotiations, but also renounce the practice of approving parties' settlement agreements.").