**United States District Court**
Eastern Division - District of North Dakota

North Dakota Human Rights Coalition, et. al,       **ENTRY OF DEFAULT**

    Plaintiff(s)                                                          Case Number:  3:23-cv-160

    v.

Patriot Front, et. al,

    Defendant(s)

    Plaintiff has made an application for Entry of Default based upon the failure of Defendant(s) to appear or otherwise defend this action. Accordingly, pursuant to Fed.R.Civ.P. 55(a), default is entered against defendant(s) Patriot Front.

04/11/2025                                                          /s/ Kari M. Knudson
*Date*                                                                  *Clerk*

                                                                           /s/ Sarah Lien
                                                                           *Sarah Lien, Deputy Clerk*