UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

North Dakota Human Rights Coalition, et. al,

Plaintiff,

v.

Case No: 3:23-cv-160

Patriot Front, et. al,

Defendant.

### CLERK'S MINUTES
Proceeding: Status Conference
(via telephone)

Presiding Judge: U.S. Magistrate Judge Alice R. Senechal  
Deputy Clerk: Sarah Lien  
Law Clerk: Amy Strankowski  
Digital Recorder: 250820-000.mp3 (JS Chambers Recorder)

Date: August 20, 2025  
Time: 1:55 pm  
Recess: 2:02 pm

Counsel for Plaintiffs: Christina Dierolf, Timothy Purdon, and Anisa Sirur  
Pro-Se Defendant *Patriot Front*: Not Present

Court calls case and counsel note appearances.

Attorney Sirur provides update on status of case and requests an extension on the discovery deadline.

Discovery deadline reset for November 28, 2025.
Status Conference set for November 12, 2025 at 2:00 pm.

Attorney Dierolf inquires as to default damages declaration process.
Court advises Plaintiff to submit damages claims in written form with accompanying affidavits. A hearing will be scheduled, if necessary.

Order to be entered.

Recess.