UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

North Dakota Human Rights Coalition, et. al,

Plaintiff,

v.   Case No: 3:23-cv-160

Patriot Front,

Defendant.

**CLERK'S MINUTES**
Proceeding: Status Conference

Presiding Judge: U.S. Magistrate Judge Alice R. Senechal   Date: November 12, 2025
Deputy Clerk: Sarah Lien   Time: 2:00 pm
Law Clerk: Bridget Grathwohl   Recess: 2:05 pm
Digital Recorder: 251112-000.mp3 (JS Chambers Recorder)

---

Counsel for Plaintiffs: Christina Dierolf, Timothy Purdon, and Anisa Sirur
Pro Se Defendant: Not Present

---

Court calls case and counsel note appearances.

Attorney Purdon provides update on case and notes discovery process is complete. Plaintiffs plan to move for default judgment by mid-February and do not foresee a need for an additional status conference at this time.

Plaintiffs to file for default judgment by February 13, 2026.
No additional status conference scheduled presently.

Recess.