**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

North Dakota Human Rights Coalition,    )
Immigrant Development Center, and       )
Plaintiff Doe,                          )
                                        )       Case No. 3:23-cv-160
           Plaintiffs,    )
                                        )       **ORDER**
    vs.                 )
                                        )
Patriot Front and John Does 1-10,       )
                                        )
           Defendants.   )

Plaintiffs moved for default judgment against defendant Patriot Front. With their memorandum in support of the motion, plaintiffs filed excerpts of five depositions taken in Eastern District of Virginia cases against Patriot Front.

District of North Dakota Civil Local Rule 7.1(B)(4)(a) requires filing a "complete PDF copy of a deposition or other transcript offered in support of or in opposition to a motion." In light of factors discussed during a recent status conference, the court will suspend Rule 7.1(B)(4)(a). At this time, plaintiffs are not required to file complete transcripts of the five depositions.

**IT IS SO ORDERED**.

Dated this 25th day of February, 2026.

                                         */s/ Alice R. Senechal*
                                         Alice R. Senechal
                                         United States Magistrate Judge