**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | |
|---|---|
| **NORTH DAKOTA HUMAN RIGHTS COALITION, IMMIGRANT DEVELOPMENT CENTER, and PLAINTIFF DOE,** | |
| Plaintiffs, | Case No. 3:23-cv-00160-PDW-ARS |
| v. | **MOTION FOR EXTENSION OF TIME** |
| **PATRIOT FRONT, THOMAS ROUSSEAU, TREVOR VALESCU, and JOHN DOES 1-10,** | |
| Defendants. | |

Plaintiffs North Dakota Human Rights Coalition, Immigrant Development Center, and Plaintiff Doe (collectively, Plaintiffs), by and through their undersigned counsel, hereby respectfully move the Court for an extension of time in which to file their supplemental documentation in support of their Motion for Default Judgment (Dkt. No. 74).

Per the Court's Order for Default Judgment (Dkt. No. 78), the deadline for Plaintiffs to file supplemental evidence in support of their damages and attorney's fees is July 15, 2026. Due to international travel by one of the Plaintiffs, Plaintiffs' investigation and efforts to prepare the supplemental documentation are ongoing. As a result, Plaintiffs respectfully request a thirty (30) day extension of time to file any supplemental evidence in support of their damages and attorney's fees until August 14, 2026.

Dated this July 10, 2026

By:    */s/ Christina E. Dierolf*

Christine Y. Wong (CA Bar No. 284026)

1

William Frentzen (CA Bar No. 343918)
Christina E. Dierolf (CA Bar No. 335258)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
christinewong@mofo.com
wfrentzen@mofo.com
cdierolf@mofo.com

Anisa Sirur (CA Bar No. 315771)
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street, NW
Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
asirur@lawyerscommittee.org

Timothy Q. Purdon (ND Bar No. 05392)
ROBINS KAPLAN LLP
1207 West Divide Avenue, Suite 200
Bismarck, ND 58501
Telephone: (701) 255-3000
Facsimile: (612) 349-8767
tpurdon@robinskaplan.com


*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2026, I caused a copy of the above document to be electronically filed using the CM/ECF system.

*/s/ Christina E. Dierolf*
Christina E. Dierolf